(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

2022 MAY -9  PM 3: 26

Eric Stephenson
_____

_____
(Name of Plaintiff or Plaintiffs)

v.

Bank Of America
_____

_____
(Name of Defendant or Defendants)

Civ. Action No. __2 2 - 6 1 4__
(To be assigned by Clerk's Office)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION
(Pro se)

Jury Demand?
☒ Yes
☐ No

1.   This action is brought pursuant to (check all spaces that apply):

☒   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is:_____.

☐   Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐   Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2.   Plaintiff resides at ___222 Hull Ave___

| | (Street Address) | | |
|---|---|---|---|
| Newark | New Castle | DE | 19711 |
| (City) | (County) | (State) | (Zip Code) |

_____. **Attach additional sheets if more than one Plaintiff.**
(Area Code) (Phone Number)

3.   Defendant resides at, or its business is located at ___100 North Tryon Street___

| | (Street Address) | | |
|---|---|---|---|
| Charlotte | Mecklenburg | NC | 28255 |
| (City) | (County) | (State) | (Zip Code) |

**Attach additional sheets if more than one Defendant.**

1

4.      The discriminatory conduct occurred in connection with plaintiff's employment at, or application

to be employed at, defendant's _____ Bank Of America _____ place of business

(Defendant's Name)

located at ____ 16001 N DALLAS _____

(Street Address)

____ ADDISON _____ Dallas County ____ TX ____ 75001 ____.(

City)          (County)        (State)      (Zip Code)

5.      The alleged discriminatory acts occurred on ____ 12 ____, ____ March ____, ____ 2021 ____.

(Day)        (Month)         (Year)

6.      The alleged discriminatory practice  ☒ is   ☐ is not  continuing.

7.      On _____, _____, _____, Plaintiff filed charges

(Day)        ( Month)          (Year)

with the Department of Labor of the State of Delaware: _____,

(Agency)

_____ ____ (City) _____ (County) _____

(Street Address)

_____, regarding defendant's alleged discriminatory conduct.

(State)                  (Zip Code)

8.      On ____ 14 ____, ____ April ____, ____ 2021 ____, Plaintiff filed charges

(Day)        ( Month)          (Year)

with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged

discriminatory conduct.

9.      The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue

letter which was received by plaintiff on: ____ 15 ____, ____ Febuary ____, ____ 2022 ____.

(Day)        (Month)          (Year)

**(NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10.     The alleged discriminatory acts, in this suit, concern:

A.  ☒  Failure to employ plaintiff.
B.  ☐  Termination of plaintiff's employment.  Plaintiff was terminated from employment on
         the following date: _____.
C.  ☐  Failure to promote plaintiff.  Plaintiff was refused a promotion on the following date:
         _____.
D.  ☒  Other acts (please specify): __See Facts section of attached document_____

_____

_____

_____

11.     The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2

|   |   |   |
|---|---|---|
| A. | ☒ | Plaintiff's race |
| B. | ☐ | Plaintiff's color |
| C. | ☐ | Plaintiff's sex |
| D. | ☐ | Plaintiff's religion |
| E. | ☒ | Plaintiff's national origin |
| F. | ☐ | Plaintiff's age |
| G. | ☐ | Plaintiff's disability |

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

**THEREFORE,** Plaintiff asks the Court to grant such relief as may be appropriate, including but not

limited to (check all that apply):

|   |   |   |
|---|---|---|
| A. | ☒ | Injunctive relief (specify what you want the Court to order): Dismantle segregated recruitment, including the 11 Employee Networks & partner's illegal hiring hall agreements. |
| B. | ☐ | Back pay. |
| C. | ☐ | Reinstatement to former position. |
| D. | ☒ | Monetary damages in the amount of $ 232200 |
| E. | ☒ | That the Court appoint legal counsel. |
| F. | ☒ | Such relief as may be appropriate, including costs and attorney's fees. |
| G. | ☒ | Other (specify): Punitive Damages |

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____4 May 2022_____

_Eric Stephenson_
_____
**(Signature of Plaintiff)**

_____
**(Signature of additional Plaintiff)**

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.